**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANILO CARVALHO E SILVA, et al.,<br>*Plaintiff*,<br>v.<br>JOHN THOMPSON, *et al.*,<br>*Defendants*. | HON. MICHAEL E. FARBIARZ, U.S.D.J.<br>Civil Action No. 26-12196 (MEF)<br>**CONSENT ORDER TO ADMINISTRATIVELY TERMINATE** |

This matter, having been opened to the Court by Bridget E. Zarrillo, Assistant United States Attorney, attorney for Defendants; and Alex Minogue, Esq., attorney for Plaintiffs, via a letter-request for entry of an order administratively terminating this case; and

**WHEREAS** on September 15, 2026, Plaintiffs filed the present action, which sought to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for Alien Relative and Form I-485, Applications to Register Permanent Residence or Adjust States, ECF No. 1; and

**WHEREAS** on November 24, 2026, Plaintiffs are scheduled to appear for their initial interviews before USCIS officers regarding their Form I-130 and Form I-485 Applications; and

**WHEREAS** the parties agree that the most efficient way forward is to administratively terminate this matter to allow for USCIS to interview plaintiffs and continue moving adjudication of this matter forward; and

Case 2:26-cv-12196-MEF Document 6-1 Filed 11/19/26 Page 2 of 2 PageID: 36

**WHEREAS** the parties agree that administrative termination will promote judicial economy and is in the parties' best interest;

and the parties having consented to the entry of this Order;

**IT IS** on this 20th day of Nov 2026:

**ORDERED** that this case and all deadlines are **STAYED**, and this case is **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that on or before **February 17, 2027**, the parties will submit a joint status letter requesting that the Court dismiss this case, extend the administrative termination, or return this case to active status.

HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and entry of the within Consent Order.

ROBERT FRAZER
United States Attorney

By: */s Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant U.S. Attorney

By: Alejandra Minogue
ALEX MINOGUE, ESQ.